1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA--WESTERN DIVISION

| | |
|---|---|
| ARTEX RISK SOLUTIONS (BERMUDA) LTD. AS MANAGERS OF SEG, CELL #032 and UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIER ADVANTAGE STAFFING, INC., d/b/a/ PREMIER STAFFING,<br><br>Defendant. | Case No. CV10 8344 AHM (JCGx)<br><br>[Assigned to Judge, A. Howard Matz Courtroom 14]<br><br>**PROTECTIVE ORDER UPON STIPULATION FOR PROTECTION OF CONFIDENTIAL INFORMATION**<br><br>[Discovery Document: Referred to Magistrate Judge Jay C. Gandhi]<br><br>Complaint Filed: November 3, 2010<br>Trial Date: January 12, 2012 |
| PREMIER ADVANTAGE STAFFING, INC. d/b/a PREMIER STAFFING,<br><br>Counter-Claimant,<br><br>vs.<br><br>ARTEX RISK SOLUTIONS (BERMUDA) LTD. AS MANAGERS OF SEG, CELL #032, UNITED STATES GUARANTY COMPANY, and DOES 1 through 75, inclusive<br><br>Counter Defendants. | |

Based on the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that a Protective Order be entered and the Parties consider to be and treat information and documents so designated pursuant to said Stipulation as confidential and proprietary in accordance with the procedures set forth therein.

**IT IS SO ORDERED.**

Dated: July15, 2011

_____
Magistrate Judge Jay C. Gandhi