JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARTEX RISK SOLUTIONS (BERMUDA) LTD, et al., | ) ) ) | CASE NO. CV10-08344-AHM (JCGx) |
|---|---|---|
| Plaintiffs, | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) ) | |
| PREMIER ADVANTAGE STAFFING, INC., | ) ) ) | |
| Defendant. | ) ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 27, 2011

**JS-6**

A. HOWARD MATZ
United States District Judge