JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEX RISK SOLUTIONS (BERMUDA) LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PREMIER ADVANTAGE STAFFING, INC., <br><br> Defendant. | CASE NO. CV10-08344-AHM (JCGx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 27, 2011

**JS-6**

A. HOWARD MATZ
United States District Judge